## Commonwealth v. Blair, County Attorney

(Decided September 26, 1924.)

### Appeal from Letcher Circuit Court.

FRANK E. DAUGHERTY, Attorney General, and JOE HALL for appellant.

O'REAR, FOWLER & WALLACE for appellee.

Opinion of the Court by Judge Clarke—Affirming.

The single question presented by this appeal is whether the court erred in sustaining a demurrer to the indictment, which in substance is a copy of the indictment in Commonwealth v. Fitzpatrick, County Judge, this day decided, where a like ruling was approved and the judgment affirmed.

Wherefore, upon the authority of that case and for the reasons therein assigned, the judgment herein is affirmed.